*Binschus et al., Respondents, v. Dep't of Corr. et al., Defendants, Skagit County, Petitioner*, No. 91644-6. Petition for review of a decision of the Court of Appeals, No. 71752-9-I, February 23, 2015, 186 Wn. App. 77. *Granted* September 30, 2015.

*State, Petitioner, v. Sundberg, Respondent*, No. 91660-8. Petition for review of a decision of the Court of Appeals, No. 45081-0-II, February 10, 2015, 185 Wn. App. 1051. *Granted* September 30, 2015.

*State, Respondent, v. Weyand, Petitioner*, No. 91732-9. Petition for review of a decision of the Court of Appeals, No. 31868-1-III, January 27, 2015, 185 Wn. App. 1038. *Granted on a specific issue* and *remanded* to the Court of Appeals September 30, 2015.

*Arnold, Respondent, v. City of Seattle, Petitioner*, No. 91742-6. Petition for review of a decision of the Court of Appeals, No. 71445-7-I, March 23, 2015, 186 Wn. App. 653. *Granted* September 30, 2015.

*Finch et al., Petitioners, v. Thurston County et al., Respondents*, No. 91761-2. Petition for review of a decision of the Court of Appeals, No. 45792-0-II, March 24, 2015, 186 Wn. App. 1035. *Granted* September 30, 2015.